UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL KAHANE, SR.,**

    **Plaintiff,**

v.                                                  Case No.  3:15cv252/MCR/CJK

**L. PEACOCK, et al.,**

    **Defendants.**

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 8, 2015 (doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

    3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 19th day of June, 2015.

                                                  *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**